United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JESSICA BEATRIZ MESA RAMIREZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-02383** |
| | § | |
| **PAMELA BONDI, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner Jessica Beatriz Mesa Ramirez's Petition for Writ of Habeas Corpus (ECF No. 1). Petitioner wrote her Petition on March 18, 2026, and it was received and docketed by the Court on March 23, 2026. On March 31, 2026, Respondents filed a Notice informing the Court that Petitioner was removed to Cuba as a voluntary departure on March 19, 2026. ECF No. 7. Therefore, the Petition is **DENIED AS MOOT**. Petitioner's pending Motion to Proceed In Forma Pauperis (ECF No. 2) is **DENIED AS MOOT**. The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 7th day of May, 2026.

Keith P. Ellison
United States District Judge

1